

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00858-CR

Wesley Allen **DOTSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 13-01-00015-CRK
Honorable Bert Richardson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 12, 2015.

Sandee Bryan Marion, Chief Justice